[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 26, 2011
JOHN LEY
CLERK

_____

No. 10-12936

_____

D.C. Docket Nos. 1:09-md-02036-JLK,
1:09-cv-23127-JLK

THOMAS LARSEN,
BRENT LOWE,
JENNIFER PALACIOS,
MARTIN PALACIOS,
ANGELA WALSH-DUFFY,

Plaintiffs - Appellees,

versus

J.P. MORGAN CHASE BANK, N.A.,

Defendant - Appellant.

_____

No. 10-12937

_____

D.C. Docket Nos. 1:09-md-02036-JLK,
1:09-cv-23432-JLK

VALERIE WILLIAMS,

MEGAN BISS,
BILLY MARTIN RUIZ,
DEBORAH RUIZ,
JOHN KIRKLAND,
JACQUELINE MILLER,

                                   Plaintiffs - Appellees,

                    versus

J.P. MORGAN CHASE BANK, N.A.,

                                   Defendant - Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

(August 26, 2011)

Before EDMONDSON and MARCUS, Circuit Judges, and LAWSON,[*] District Judge.

PER CURIAM:

After the parties filed their appellate briefs in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740 (2011). The district court's order denying Appellant's motion to stay the

_____

    [*] Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.

proceedings pending arbitration is VACATED, and this case is fully REMANDED to the district court. The District Court is to reconsider the case in the light of the Supreme Court's *Concepcion* opinion. In the district court, discovery is to be limited to issues bearing significantly on the arbitrability of this dispute until the question of arbitrability has been decided.

VACATED and REMANDED.